IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YONG SHAO MA,

     Petitioner,                  No. CIV S-09-0366 KJM P

    vs.

JANET NAPOLITANO, et al.,

     Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In his application, petitioner challenges his detention in Kern County. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

/////

1

1      Good cause appearing, IT IS HEREBY ORDERED that:

2      1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4      2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6     United States District Court
   Eastern District of California
7     2500 Tulare Street
   Fresno, CA 93721

9  DATED: February 23, 2009.

_____
U.S. MAGISTRATE JUDGE

12  /mp
ma0366.109